# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

KIRSTY PICKERING, an individual
WALTER ROSEVEAR, an individual

    Plaintiff,

vs.

WHITE PINE COUNTY, a political
subdivision of the State of Nevada,
KELLY BROWN, an individual,
ALAN PEDERSON, an individual,

    Defendants.

Case No. 3:13-CV-00643-LRH-VPC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff, KRISTY PICKERING AND WALTER ROSEVEAR, through their counsel of record, JULIE CAVANAUGH-BILL, and Defendant, WHITE PINE COUNTY, et., al., through counsel of record Rebecca Bruch, that all proceedings in the above-captioned matter against White Pine County, et., al, be dismissed with prejudice. Parties to bear their own attorney fees and costs.

DATED this 21st day of October, 2014.

Julie Cavanaugh-Bill, Esq.

  /s/ J. Cavanaugh-Bill
JULIE CAVANAUGH-BILL
Nevada Bar No. 11533

DATED this _21st_ day of October, 2014.

Rebecca Bruch, Esq.

  /s/ R. Bruch
Rebecca Bruch
Nevada Bar No. 2000

1  Pursuant to the stipulation of the parties,

3  **IT IS HEREBY ORDERED** that the STIPULATION AND ORDER TO
4  DISMISS filed on October __23rd__, 2014, is hereby dismissed with prejudice.
5  DATED this 29th day of October, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE